UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VINCENT SCOTT RICHARDS,

    Petitioner,

    Case No. 10-10244

v.

    Hon. Marianne O. Battani

DEBRA SCUTT,

    Magistrate Judge Paul J. Komives

    Respondent.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION AND
DENYING PETITION FOR WRIT OF HABEAS CORPUS**

In January 2010, Petitioner Vincent Scott Richards filed a petition for writ of habeas corpus. The Court referred this matter to Magistrate Judge Paul J. Komives pursuant to 28 U.S.C. § 636(b)(1) for a report and recommendation ("R&R"). On January 3, 2012, he issued his R&R. The Magistrate Judge recommended that the Court deny Petitioner's application for the writ of habeas corpus and deny a certificate of appealability. R&R at 1. The Magistrate Judge informed the parties that objections to the R&R must be filed within fourteen days of service and that a party's failure to file objections would waive any further right of appeal. See R&R at 21; 28 U.S.C. § 636(b)(1) and E.D. Mich. LR 72.1(d)(2).

Because no objection has been filed in this case, the parties waived their right to review and appeal. Accordingly, the Court **ADOPTS** the Report and Recommendation, **DENIES** the petition for writ of habeas corpus and **DENIES** a certificate of appealability.

    **IT IS SO ORDERED.**

                                                s/Marianne O. Battani  
                                                MARIANNE O. BATTANI  
                                                UNITED STATES DISTRICT JUDGE

DATED: January 25, 2012

## CERTIFICATE OF SERVICE

     Copies of this Order were served upon the petitioner on this date by ordinary U.S. Mail and Counsel for the Respondent, electronically.

                                                s/Bernadette M. Thebolt  
                                                Case Manager